DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIJAH BANKSTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-0421

[June 8, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 17000514CF10A.

Elijah Bankston, Milton, pro se.

No appearance required for appellee.

PER CURIAM

*Affirmed.*

KLINGENSMITH, C.J., MAY and CONNER, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***